083513.0971(207)　　　　　　　　　　　　　　RMC:lab

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **SPECIALTY RISK OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 22-cv-191-SEB-MJD |
| | ) |
| **THE MUCKY DUCK PUB, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the Plaintiff, Specialty Risk of America, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the attached Stipulation to Dismiss moves this Honorable Court for the voluntary dismissal of this action, said dismissal to be without prejudice, and with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　*/s/ Robert Marc Chemers*
　　　　　　　　　　　　　　　　　　Robert Marc Chemers (0431508)
　　　　　　　　　　　　　　　　　　PRETZEL & STOUFFER, CHARTERED
　　　　　　　　　　　　　　　　　　One South Wacker Drive
　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　Telephone:　(312) 578-7548
　　　　　　　　　　　　　　　　　　Fax:　　　　(312) 346-8242
　　　　　　　　　　　　　　　　　　E-mail:　rchemers@pretzelstouffer.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*