083513.0971(207)                                          RMC:lab

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **SPECIALTY RISK OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 22-cv-191-SEB-MJD |
| | ) |
| **THE MUCKY DUCK PUB, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

This cause coming on to be heard on the Motion of Plaintiff, Specialty Risk of America, to voluntarily dismiss this action, due notice having been given, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that pursuant to the Plaintiff's Motion and the Stipulation to Dismiss, this cause is dismissed, without prejudice as moot, and with each party to bear its own costs and attorneys' fees.

**ENTER:**

Date: 3/1/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF